# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>ALLAN L. COSME RIVERA<br>　　　　Defendant. | CRIMINAL NO.　17-551 (FAB) |

## SENTENCING MEMORANDUM

Who Allan Cosme Rivera is depends on whom you ask. To some, he is a "good, responsible, and respectful,"[1] young man; others would say he is a firearms dealer. Some would say he is a "good father," and a "gentleman,"[2] others would say he is a spoiled and reckless 24 year old who broke the law. The truth is that he is all of those things.

This memorandum attempts to explain, not justify, how an educated 24 year old kid, from a loving and caring family, began illegally selling firearms.

Before deciding his fate, Allan respectfully requests the Court consider all aspects of his life—his entire body of work—his achievements and experiences, his contributions to our community and the sacrifices he has made and continues to make. Most importantly, he asks the Court consider his parents, because if the kind of parents he has, is in any way an indication of the kind of person he could be, then it is clear that he has the all the potential in the world:

1) Allan has made mistakes, even criminal ones, but nothing suggests he is destined for a life of crime;

2) Allan's strong social ties suggest that he is less likely to recidivate than the average defendant;

3) The collateral consequences of incarcerating Allan for a prolonged period of time, will have far-reaching, negative effects on his family.

---

1 *See Defense Exhibit A,* attached, reference letter from Lydian Ayala Hernandez, a family friend who has known him since he was five years old.
2 *See Defense Exhibit B,* attached, reference letter from his mother-in-law, Yeritza Martinez.

The government has extended a Plea Agreement in this case. After considering the severity of the charges and Allan's particular circumstances and characteristics, the government agreed that Allan should be sentenced, as to Counts One, Two, and Four, to 33 months of imprisonment, to run concurrently to the sentence imposed in Count Three. As to Count Three, the government agreed that a fair sentence would be a sentence within the applicable guideline range of a total adjusted offense level of 15.

To that end, and for the reasons set forth below, Allan requests this Court sentence him in accordance with the Plea Agreement signed by the parties.

**Allan has made mistakes, even criminal ones, but nothing suggests he is destined for a life of crime**

Allan was not always a firearms dealer. In fact, a few years ago, that would have been unheard of. Three years ago his future looked bright: he was taking a refrigeration course at Carib Technological Institute[3], and working different jobs, ranging from sandwich prepper to maintenance worker at the Cine Roosevelt movie theater. During that time he also met his current girlfriend, Yerimar Heredia Martinez, and started making plans to move to the United States with her and her newborn son. The future seemed bright. Life, however, has a way of testing a person's will.

---

3  *See Defense Exhibit C.*

Allan Luis Cosme Rivera is a 24 year old native of Bayamon, Puerto Rico. His parents, Carmen Janet Rivera Perez and Luis Norberto Gomez Rodriguez, showered him, and his older sister Janylis, with as much love and affection as they could. His childhood could not have been more idyllic. When he cried, he was sung to. When he was sick, he was rushed to the hospital. When his parents feared he may have a speech impediment, he was taken to see a specialist.

   

He was encouraged to do well in school, and whenever he had difficulty with a subject, a tutor was hired.[4] He was enrolled in all types of sports activities. His parents went to all of his games. Most importantly, even after his parents divorced things did not change much; although he went to live with his mother, he saw his father regularly.

  

---

4 *See Defense Exhibit D*, academic achievement.

Reference letters from family and friends do not describe a criminal; they describe a quiet, humble kid. A respectful kid who always did what he was told and never talked back to adults.








It is difficult to say when and why, things began to change, but it is clear, that they did. In 2007, when he was 13 years old, Allan began to rebel. He began hanging out with the proverbial wrong crowd. As the oldest male in his mother's house he believed he should be treated like an adult. He thought he knew what was best for him, and this caused a persistent clash with his mother. Finally, after discussing things with Allan's father, his parents decided that Allan needed a more constant male figure in his life, and he was sent to live with his father, in Rexville, Bayamon.

Allan loved living with his father, and his father loved having him around. Still, Allan was still misbehaving. When he was 14 he was charged with battery in juvenile court. He was put on probation and he successfully completed it. His parents were livid and they made sure he knew it.

At 15 years old, Allan was diagnosed with scoliosis.[5] He quickly underwent surgery and began attending therapy sessions. It was difficult work and Allan resented it. He was always in pain, and he was angry that he felt so physically weak and that he could no longer play baseball. This made an already rebellious teen, more difficult to handle. A year after his surgery , he was charged, in juvenile court, for possession with intent to distribute drugs

[Certificado Médico from Dr. Luis Pío Sánchez-Caso, M.D., Orthopaedic-Spine Surgeon, dated 22 de febrero de 2018, Re: Allan Cosme Rivera, Diagnóstico: Posterior Spinal Fusion T4/L4 with Instrumentation, Fecha de Cirugía: 19 de mayo de 2010.]

All was not doom and gloom, however, and it should not be assumed that a life of crime was foreseeable. Despite his difficult attitude, Allan earned his high school diploma. He then enrolled at Carib Technological Institute and began studying refrigeration. It was around this time that he met his current girlfriend, Yerimar Heredia Martinez. She had a newborn baby boy, but that did not discourage Allan. In fact, he liked her so much that he decided he would help her raise him. He moved in with Yerimar, and her mother Yeritza Martinez, and accepted all of the responsibilities that come with fatherhood. Consider Ms. Martinez's own words:[6]

[Handwritten letter in Spanish: "Entiendo que en estos momentos lo verán como un malvado por la juntilla aveces de las malas influencias que existen. El que lo conoce de verdad sabe que es una persona buena y buen padre también!"]

---

[5] *See Defense Exhibit E*, A letter from Dr. Luis Pio.
[6] *See Defense Exhibit B,* Ms. Yeritza Martinez' reference letter is attached.

It was perhaps this newly accepted responsibility of fatherhood that led Allan to believe that he needed to be able to provide financially for his new family. Allan, known for not always choosing the best of friends, began hanging out with the wrong crowd again.

We all know what happened next. One bad decision after another led Allan to the passenger seat of an undercover ATF agent's car. He sat there—clueless as to the world of trouble he had gotten himself into—and sold a firearm to the agent. We will not try and justify Allan's criminality by pointing to any financial pressures he might have felt. Surely, at the end of the day, he had a choice.

Needless to say, the decisions Allan made in April of 2017, will haunt him, like a shadow, for the rest of his life. He had become desperate, and felt his actions were necessary to help his new family. Financial difficulties, however, do not excuse criminality. Allan does not, in any way, try to justify his actions. He does not defend them, and he does not feel sorry for himself; he accepts full responsibility for his crimes.

## Allan's strong social ties suggest that he is less likely to recidivate than the average defendant

The factors promulgated by the U.S. Sentencing Commission, and in 18 U.S.C. §3553, work to further the basic purposes of criminal punishment: deterrence, incapacitation, just punishment, and rehabilitation.[7] Nothing suggests, that in this case those purposes can only be met by prolonged incarceration.

Allan's strong social ties suggest that he is less likely to recidivate than the average defendant. Criminological research has shown that family support is a key factor in helping offenders find their way in society after a criminal conviction. An April 2011 study by Mark T. Berg and Beth M. Huebner (a sociologist and criminologist, respectively) came to three important conclusions:[8]

1) Offenders who were employed and had good quality ties to relatives were less likely to recidivate;
2) Offenders with good quality ties to relatives were more likely to be employed in the follow-up period;
3) A history of frequent unemployment reduced post-release employment.

---

7  USSG §1.A.2
8  Berg, Mark T., Huebner, Beth M. (2011). Reentry and the Ties that Bind: An Examination of Social Ties, Employment, and Recidivism. *Justice Quarterly, Volume 28, Number 2,* 402.

They concluded that this is largely because, "....relative to the wider community, the family is more apt to overlook offenders' stigma—a phenomenon that facilitates the formation of social ties between offenders and members of their family."[9]

Allan comes from a very close-knit family—a family he did not appreciate until he was incarcerated. He now realizes that he has something very rare, and he sees signs of it every day: he always has money in his commissary account, he always has a parent or sibling to call when he is scared and feels he cannot make it in jail, and—most importantly—he always has someone on the other line that will actually pick up his phone calls. In this new world he finds himself in, that is truly priceless.

**The collateral consequences of incarcerating Allan for a prolonged period of time, will have far-reaching, negative, effects on his family.**

About a week after Allen's arrest his mother came to meet with me. I tried, as best I could, to explain what was coming Allan's way. I then showed her the videos provided in discovery—the ones that show her son selling firearms to undercover agents. To say she cried would be an understatement. She was devastated. I truly did not know whether the tears would ever stop streaming down her face. She didn't know how this happened—how things got to this point—but worst of all, she blamed herself.

A few hours later his father came to meet with me. His reaction was no different. I sat at my desk—watching a grown man cry, and gasp for air, and cry—and wondered about the anguish he must have been feeling. I too wondered how this ever happened. He has normal, loving, and caring parents![10] They were attentive, they were around, they gave him everything they could.

Selling firearms and ammunition; that is not who Allen is. Allen may be a lot of things; a reckless and spoiled, 24 year old kid, a kid who thought he was tough, a kid who thought he could play in the criminal underworld, but Allen never had to be a criminal. He never had to be a firearms dealer.

It is knowing that he was never meant to end up here that kills his family. What kills Allan is knowing that despite what he has done, despite the world of anguish and pain he has unleashed on his family, they continue to support him—they continue to be

---

9  Eckland-Olson, S., Supancic, M., Campbell, J., & Lenihan, K. (1983). Postrelease depression and the importance of familial support. *Criminology, 21*, 253–275.
10  *See Defense Exhibit F*, Allan's mother's reference letter, to better understand what kind of family he comes from.

there for him. They cry and pray for him every night, and every night, as Allan tries to fall asleep in his prison cell, all he can feel is shame and guilt.

## The government agrees that Allan does not need to be imprisoned for more than 33 months

Nothing in Allan's past suggests he is destined for a life of crime. In 2002 the Bureau of Justice statistics showed that of all adults imprisoned, those in the 18-24 year old age bracket had the highest rates of re-arrest (75.4%), reconviction (52%) and return to prison with a new sentence (30.2%) within three years of release.[11] This is primarily a result of the difficulties they face when attempting to reintegrate into society. Hoping to prevent Allan from becoming a statistic, this Court should focus on setting him up for success.

Allan has been incarcerated for almost 6 months. The government agrees that a sentence of 33 months would serve as adequate punishment and deterrence, promote respect for the law, and protect the community.

Allan will leave prison as a convicted felon in need of a job. He will face the difficulties associated with navigating the stigmas that come with his new conviction. He will have the added responsibility of successfully completing the supervised release term imposed by this Court, and will need to learn to balance his participation in mandatory programs, and reporting to his probation officer, with working full time and rebuilding his life. Tough times await him.

Allan, therefore, hopes this Court takes his entire story into consideration, and respectfully requests it sentences him to 33 months in prison followed by a term of supervised released and job training.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

At San Juan, Puerto Rico, this July 4, 2018.

                                         **ERIC A. VOS, ESQ.**
                                         **Federal Public Defender**
                                         **District of Puerto Rico**

---

[11] http://bjs.gov/content/pub/pdf/rpr94.pdf

S/JUAN J. MICHELEN
Juan J. Michelen,
Assistant Federal Public Defender,
USDC-PR G02601
241 F.D. Roosevelt Avenue
San Juan, PR   00918-2305
Phone No. (787) 281-4922
Juan_Michelen@fd.org

Estimados Señores:

Yo Lydia Ayala Hernández doy fe que conozco a Allan Cosme Rivera desde que tenía 5 años de edad, debido que el practicaba el deporte de pelota junto a mi hijo.

Lo describo como un adulto muy bueno, responsable y respetuoso. Nunca lo e visto molesto, ni faltando el respeto a un adulto.

De necesitar alguna información con este servidor se puede comunicar al 787-639-2638.

Cordialmente

Lydia Ayala Hernández

A quién pueda interesar:

Yo Yeritza Martínez tengo que decir que Allan Cosme, es una persona tranquila, humilde y más que todo buen ser humano. Le agradezco pues aunque no es el padre de mi nieto ha sido más que eso. Siempre pendiente de él. Cuando lo hospitalizaban allá estaba con él. Su actitud siempre de un caballero.
Entiendo que en estos momentos lo verán como un malvado por la juntilla a veces de las malas influencias que existen. El que lo conoce de verdad sabe que es una persona buena y buen padre también! Espero que no sea por mucho tiempo pero el justo para entender que no todos son amigos. Hay que ser más selectivo. Se que cuando salgas vas a ser mejor persona de lo que eres. Sabes que aquí estoy. Te quiero mucho eres un hijo más.

Att; Yeritza Martínez

Coral



**Carib Technological Institute**
Carr. 168 KM. 0.3 Hato Tejas
Bayamon, P.R. 00961
(787)798-9595

## Hoja de Servicios Estudiantiles

Nombre del estudiante: Allan Cosme Rivera

Curso: Refrigeracion           Horario: 8-1

Profesor: Jorge Diaz

Acción Tomada: Estudiante asiste al salon y cumple con los laboratorios y pruebas que se han hecho hasta el dia de hoy.

Firma del Estudiante: _____     Fecha: 9-febrero-15

Firma del Trabajador Social: Aracelis Berrios T.S
(787)420-9268

Profesor: SR:Jorge Diaz  
Colegio: Carib Technological Institute

Año Escolar: 2014-2015

| Nombre de el Estudiante | Fecha de Inicio |
|---|---|
| Allan Cosme Rivera | |

| Unidades | Horas |
|---|---|
| 18 | 400 |

| | Codigo | Nombre de la Unidad | Nota Teorica | Nota Lab | Promedio | Nota |
|---|---|---|---|---|---|---|
| ☐ | U1 | Intro. De Refri. | 0 | 0 | 90.0 | A |
| ☐ | U2 | Princ. De Refri. | 0 | 0 | Fecha de Graduacion | |
| ☑ | U3 | Soldadura | 100 | 80 | | |
| ☐ | U4 | Accesorios | 0 | 0 | | |
| ☐ | U5 | Refrigerantes | 0 | 0 | | |
| ☐ | U6 | Electricidad Basica | 0 | 0 | | |
| ☐ | U7 | Recuperar y Reciclar | 0 | 0 | | |
| ☐ | U8 | Compresores | 0 | 0 | | |
| ☐ | U9 | Neveras Domesticas | 0 | 0 | | |
| ☐ | U10 | Neveras Comericales | 0 | 0 | | |
| ☐ | U11 | Sicometria | 0 | 0 | | |
| ☐ | U12 | Acond. De Aires | 0 | 0 | | |
| ☑ | U13 | Cal. Y Diseno de ductos | 100 | 80 | | |
| ☐ | U14 | Acond. De Aire Auto | 0 | 0 | | |
| ☐ | U15 | PLC | 0 | 0 | | |
| ☐ | U16 | Renewable Enegry | 0 | 0 | | |
| ☐ | U17 | Taller | 0 | 0 | | |
| ☐ | U18 | | 0 | 0 | 0 | |



# DEFENSE EXHIBIT C

# Antilles Educational College

Certificamos que

## Allan L. Cosme Rivera

Ha completado todos los requisitos correspondientes para obtener el

### Diploma de Escuela Superior

Según lo dispone el Consejo General de Educación

Dado hoy, 20 de julio de 2011, en Bayamón, Puerto Rico



Luis E. Lafontaine Montero
Presidente

**DEFENSE EXHIBIT D**



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE EDUCACION

Escuela de la Comunidad Cristóbal Colón
Distrito Escolar de Bayamón

Fecha: _27 de abril de 2006_

A quien pueda interesar:

Por este medio certifico que el _Allan L. Cosme Rivera_ cursa actualmente el _2do_ grado en nuestra escuela Elemental Cristóbal Colón. En tiempo que ha estado matriculado en nuestra escuela ha mostrado una conducta satisfactoria.

Tengo confianza genuina que el futuro será un buen ciudadano que aportará positivamente a nuestra sociedad.

_____
Firma del Director (a)

[SELLO ESCOLAR]

Escuela Bexville Intermedia
Distrito Escolar Bayamón I

# INFORME DE NOTAS

Nombre estudiante  Cosme Rivera, Alia y

Salón Hogar 8-7    Total ausencias  1    2007-08

| Asignatura | % | Nota | Maestro | Obs. |
|---|---|---|---|---|
| Español | 93 | A | A. Pacheco | |
| Matemática | 95 | A | C. Martínez | |
| Inglés | 82 | B | J. Burgos | |
| Ciencia | 94 | A | | ¡Ben estudianti! |
| Estudios Sociales | 91% | A | N. Sfg. | |
| Electivas:<br>___ Arte<br>___ Artes Ind.<br>___ Econ. Dom.<br>___ Educ. Fís.<br>✓ Salud | 85 | B | M. Ramos | |

Firma del padre o encargado

Sra. Edna I. León - Directora

9-enero-08
Fecha

DEFENSE EXHIBIT E

**Luis Pío Sánchez-Caso, M.D.**
Orthopaedic- Spine Surgeon

CERTIFICADO MÉDICO

22 de febrero de 2018

Re: Allan Cosme Rivera

Diagnóstico: Posterior Spinal Fusion T4/L4 with Instrumentation

Fecha de Cirugía: 19 de mayo de 2010

---

El pasado 19 de mayo de 2010, el paciente arriba mencionado fue sometido a cirugía de columna con implantes. Debido a la complejidad de este procedimiento. Allan Cosme Rivera debe utilizar zapatos ortopédicos o "tennis". Al no utilizar los mismos, aumenta dolor lumbar crónico y puede deteriorar su condición.

También se le recetan los siguientes medicamentos: Skelaxin 800mg, Norflex 100mg, Cataflan 50mg, Relafen 75 mg y en ocasiones donde amerite dolor crónico Ultracet.

De tener alguna duda o pregunta, favor de comunicarse a nuestra oficina al 787-740-5583 ó 5562.

Atentamente,

Dr. Luis P. Sánchez Caso
Ortopeda Cirujano de Espalda y Cuello

LUIS PIO SANCHEZ CASO M.D.
Carimed Plaza
B-1, Calle Santa Cruz, Suite 307
Bayamón, PR 00961-6933
Tel. (787) 740-5562
Fax (787) 786-7896

Carimed Plaza, B-1, Calle Santa Cruz, Suite 307, Bayamón, PR 00961-6933 (frente Hospital HIMA - San Pablo) • Tel. 787-740-5562 / 787-740-5583 • Fax: 787-786-7896

**DEFENSE EXHIBIT F**

So: Allan L. Cosme Rivera

A quien pueda interesar. Sr Juez o miembros

Yo Madre del Joven Allan L. Cosme Rivera, mi hijo lo que siempre estado a su lado desde la niñes, un bebe que tanto cuide desde mi barriga, le dado todo lo complacido siempre estado con sus deportes con sus estudios. Allen siempre a sido un niño callado, Reservado, observador, pero callado, pasivo, es muy amistoso, alegre, chistoso, donde quiera en la Escuela amistoso. de no hablar, callado pero siempre le gustado compartir. En el deporte era dedicado le gustaba el deporte daba de el el maximo. desde liga pamper de 4 años hasta los 15-16 años que fue su última temporada, El deporte lo cogía en serio, se gano el cariño de todo lo que estuvieron con el. Y en la Escuela. Con los Estudios luchaba nunca se me quedo en ningun grado, tenia buen promedio. Era de Educación Especial ADD. Pero batallo con sus estudios y logro el 4to año. Papá y yo luchamos con el para que terminara su cuarto año. Siempre le hemos consejado somos muy cristianos le enseñamos respetar y temer a Dios. El area era un niño especial muy apegado a la familia. muy familiar. muy pegado a su hermana

Att. Cosme J. R...
madre encargada