IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ALLAN LUIS COSME-RIVERA,<br>Defendant. | CRIMINAL NO.: 17-551 (FAB) |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given by Allan Luis Cosme-Rivera, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the Judgment and Sentence entered against him on July 31, 2018 before Honorable Gustavo A. Gelpi, United States District Judge for the District of Puerto Rico.

Defendant further requests that the Office of the Federal Defender, District of Puerto Rico, continue representing him in this appeal.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 2nd day of August, 2018.

                ERIC A. VOS
                **Federal Public Defender**
                **District of Puerto Rico**

                */S/ JUAN J. MICHELEN*
                JUAN J. MICHELEN
                USDC-G02601
                A.F.P.D. for Defendant
                241 Franklin D. Roosevelt Avenue
                San Juan, PR   00918-2441
                Tel. (787) 281-4922
                Fax (787) 281-4899
                E-mail : juan_michelen@fd.org

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 2nd day of August, 2018.

**ERIC A. VOS**
**Federal Public Defender**
**District of Puerto Rico**

*/S/ JUAN J. MICHELEN*
**JUAN J. MICHELEN**
**USDC-G02601**
**A.F.P.D. for Defendant**
**241 Franklin D. Roosevelt Avenue**
**San Juan, PR   00918-2441**
**Tel. (787) 281-4922**
**Fax (787) 281-4899**
**E-mail :** juan_michelen@fd.org